UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

HENRY A. ROJAS, on behalf of himself and all others similarly situated,

                    Plaintiffs,

- v -

LAW OFFICE OF CLARFIELD, OKON, SALOMONE & PINCUS, P.L. and OCWEN LOAN SERVICING, LLC,

                    Defendants.

Civil Action No.: 2:15-cv-03268 (JMA)

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

      PLEASE TAKE NOTICE that, Joseph J. Ortego of the law firm of NIXON PEABODY LLP, hereby enters his appearance in this case on behalf of defendant Law Office of Clarfield, Okon, Salomone & Pincus, P.L.  I certify that I am admitted to practice in the Eastern District of New York.

Dated: July 1, 2015
       Jericho, New York

                                            **NIXON PEABODY LLP**

                                            By:  /s/ Joseph Ortego
                                                Joseph J. Ortego, Esq.
                                        50 Jericho Quadrangle, Suite 300
                                        Jericho, New York 11753-2728
                                        (516) 832-7500
                                        jortego@nixonpeabody.com

                                        *Attorneys for Defendant,*
                                        *Law Office of Clarfield, Okon,*
                                        *Salomone & Pincus, P.L.*