UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
HENRY A. ROJAS, on behalf of himself      : Civil Action No. 2:15-cv-03268-JMA-SIL
and all others similarly situated,        :
                                          :
                    Plaintiffs,           :
                                          :
            v.                            :      **CERTIFICATE OF SERVICE**
                                          :
LAW OFFICES OF CLARFIELD, OKON,   :
SALOMONE & PINCUS, P.L. and               :
OCWEN LOAN SERVICING, LLC,                :
                                          :
                    Defendants.           :
----------------------------------------------------X

        I, Ryan Gentile, being duly admitted to practice law in the State of New York and
before this Court hereby affirm under the penalties of perjury that on February 5, 2016, I
served the within documents and all supporting papers on the Clerk of this Court using
the CM/ECF system. I also certify that the foregoing documents are being served this day
on all counsel of record and Parties to this action in the manner specified, either via
transmission of Notice of Electronic Filing generated by CM/EFC or in some other
authorized manner for those counsel or parties who are not authorized to receive
electronic Notices of Electronic Filing.


                                    /s/ Ryan Gentile
                                    Ryan Gentile, Esq.
                                    Law Offices of Gus Michael Farinella, PC
                                    110 Jericho Turnpike – Suite 100
                                    Floral Park, NY 11001
                                    Telephone: (212) 675-6161
                                    Facsimile: (212) 675-4367
                                    E-Mail: rlg@lawgmf.com
                                    *Attorneys for Plaintiff Henry A. Rojas, and*
                                    *all others similarly situated*