LAW OFFICES OF
# GUS MICHAEL FARINELLA PC
110 Jericho Turnpike – Suite 100
Floral Park, NY 11001
Telephone 201-873-7675
Facsimile 212-675-4367

| | |
|---|---|
| Gus Michael Farinella<br>Admitted NY & DC | Supreet Parmar<br>Paralegal |
| Ryan L. Gentile<br>Admitted NY & NJ | |

February 12, 2016

**VIA ECF**

Hon. Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:    Rojas v. Law Offices of Clarfield, Okon, Salomone & Pincus, P.L., et al,
              Civil Action No. 2:15-cv-03268 (JMA) (SIL)

Dear Judge Azrack:

      I represent the Plaintiff in the above referenced matter. Pursuant to your Honor's request I submit the following status report, jointly with counsel for the Defendants, to update the Court as to the status of the class settlement.

      The parties are pleased to report that we have finalized the class settlement agreement and the Joint Motion to Certify Class and Grant Preliminary Approval to the Parties' Class Settlement Agreement was filed with this Court on February 5, 2015 as is docketed as ECF No. 24.

      Should you have any questions or concerns please do not hesitate to contact our office.

                                        Sincerely,

                                        /s/ Ryan Gentile
                                        _____
                                        Ryan Gentile, Esq.
                                        Law Offices of Gus Michael Farinella, PC