

John C. Molluzzo Jr.
Tel. 212.801.6809
Fax 212.801.6400
molluzzoj@gtlaw.com

January 17, 2017

**By ECF**

Hon. Joan M. Azrack
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

    Re:   *Henry A. Rojas, on behalf of himself and all others similarly situated v. Law Offices of Clarfield, Okon, Salomone & Pincus, P.L. and Ocwen Loan Servicing, LLC (2:15-cv-03268)*

Dear Judge:

    To follow up on a conversation with your law clerk, Bob Terranova, I have conferred with counsel for all parties, all of whom will be appearing by telephone for tomorrow's fairness hearing scheduled for 1:00 pm. I have listed below counsel that will be appearing by telephone tomorrow :

- Plaintiff Henry Rojas: Ryan Gentile, Law Offices of Gus Michael Farinella, PC, (201) 873-7675.

- Defendant Clarfield, Okon, Salomone & Pincus, P.L.: Thomas Mealiffe, Nixon Peabody, LLP, (516) 524-3529.

- Defendant Ocwen Loan Servicing, LLC: John C. Molluzzo Jr., Greenberg Traurig, LLP, (212) 801-6809

    Please feel free to contact me with any questions.

                                           Sincerely,

                                           John C. Molluzzo Jr.

cc:    Ryan Gentile (by ECF)
        Thomas Mealiffe (by ECF)